AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

NORMAN CORDELL, an individual,

    Plaintiff

    v.

GREATER COLUMBIA REGIONAL SUPPORT NETWORK (aka GREATER COLUMBIA BEHAVIORAL HEALTH), et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-5119-WFN

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment in favor of defendants.

APR 1 3 2007

Date

JAMES R. LARSEN
Clerk
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer